# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRUCE ALVIN ROBERTSON

NO. 2021 KW 0590

**JULY 19, 2021**

---

In Re:    Bruce Alvin Robertson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-06-0211.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on July 7, 2021.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT